### SIMPSON *et al. v.* BANK OF ARLINGTON *et al.*

FISH, C. J. On a preliminary hearing the judge, under the evidence submitted, did not abuse his discretion in maintaining the status quo by directing the fund in controversy to be placed in bank as a special deposit to await the further order of the court, and in refusing an interlocutory injunction.      *Judgment affirmed. All the Justices concur.*
No. 2733. JUNE 15, 1922.

Petition for injunction. Before Judge R. C. Bell. Calhoun superior court. May 28, 1921.

*E. L. Smith,* for plaintiffs.

*B. W. Fortson* and *J. M. Cowart,* for defendants.